# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132755 & (63)(67)

TIMOTHY RUMFIELD, Personal Representative
of the Estate of Daniel Rumfield, Deceased, and
Conservator/Co-Guardian of Jeffrey Rumfield,
       Plaintiff-Appellant,

v

MATTHEW HENNEY,
       Defendant/Cross-Defendant,

and

BRIAN HENNEY,
       Defendant,

and

KELLY FUELS, INC., d/b/a
WOODLAND EXPRESS MART,
       Defendant-Appellee.

_____/

SC: 132755
COA: 260540
Eaton CC: 02-001290-NI

On order of the Court, the application for leave to appeal the September 26, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for peremptory reversal is DENIED.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

t1114

Clerk